IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

FILED
00 JUL 21 AM 8:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

KAREN AND HOBSON BRYAN,

    Plaintiffs,

v.

    Case No. CV-00-PWG-64-W

TUSCALOOSA COUNTY COMMISSION,
et al.,

**ENTERED**
JUL 21 2000

    Defendants.

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Order and Recommendations (doc. 29) and has reached an independent conclusion that the Magistrate Judge's Order and Recommendations are due to be adopted and approved. The court hereby adopts and approves the findings and recommendations of the magistrate judge as the findings and conclusions of the court as if the same were set out here in full. An appropriate order will be entered.

**DONE** this the   2-0   day of July, 2000.

                                                INGE P. JOHNSON
                                              UNITED STATES DISTRICT JUDGE

43